IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

DAVID STELZER, )
)
    Plaintiff, )
)
v. )
)
CARNEGIE INVESTOR SERVICES, )
INC., et al., )
)
    Defendants. )

Civil Action No.
5:99-CV-310-C

**ORDER**

By separate order the Court granted Defendant Carnegie Investor Services, Inc.'s Motion to Stay and Compel Arbitration. Plaintiff's claims against Defendants Meyers Pollock Robbins, Inc.; Scott M. Modlin; and Charles R. Skaar are severed from the above-styled and -numbered cause and shall proceed under Civil Action No. 5:00-CV-30

SO ORDERED.

Dated February 1, 2000.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE

Certified a true copy of an instrument
on file in my office on 2-1-00
NANCY DOHERTY, Clerk, U.S. District
Court, Northern District of Texas
By _____ Deputy

