IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

FEB - 8 2000

NANCY DOHERTY, CLERK

By _____
Deputy

ENTERED ON DOCKET

FEB - 8 2000

NANCY DOHERTY, CLERK
U.S. DISTRICT CLERK'S OFFICE

| | |
|---|---|
| DAVID STELZER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MEYERS POLLOCK ROBBINS, INC.; | ) |
| SCOTT M. MODLIN; and | ) |
| CHARLES R. SKAAR, | ) |
| | ) Civil Action No. |
| Defendants. | ) 5:00-CV-030-C |

## ORDER

More than 120 days have passed since the complaint was filed in this cause, and service
of the summons and complaint has not been effected on Defendants.

It is, therefore, ordered that Plaintiff's claims against Defendants shall be dismissed
without prejudice on February 28, 2000, if proof of service has not been filed by 9:00 a.m. on
such date.

Dated February 8, 2000.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE

