IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

FEB 2 9 2000

NANCY DOHERTY, CLERK

ENTERED ON DOCKET

FEB 2 9 2000

NANCY DOHERTY, CLERK
U.S. DISTRICT CLERK'S OFFICE

| | |
|---|---|
| DAVID STELZER, | ) |
| Plaintiff, | ) |
| v. | ) |
| MEYERS POLLOCK ROBBINS, INC.; SCOTT M. MODLIN; and CHARLES R. SKAAR, | ) |
| Defendants. | ) Civil Action No. 5:00-CV-030-C |

## ORDER

Plaintiff having failed to comply with the Court's order of February 8, 2000,

IT IS ORDERED that Plaintiff, DAVID STELZER's claims against Defendants, MEYERS POLLOCK ROBBINS, INC.; SCOTT M. MODLIN; and CHARLES R. SKAAR, are hereby dismissed without prejudice.

Dated February 29, 2000.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE

3