IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| DAVID STELZER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MEYERS POLLOCK ROBBINS, INC.; | ) |
| SCOTT M. MODLIN; and | ) |
| CHARLES R. SKAAR, | ) |
| | ) Civil Action No. |
| Defendants. | ) 5:00-CV-030-C |

ENTERED ON DOCKET

FEB 2 9 2000

NANCY DOHERTY, CLERK
U.S. DISTRICT CLERK'S OFFICE

## JUDGMENT

For the reasons stated in the Court's order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-styled and -numbered cause is **DISMISSED** without prejudice.

Dated February 29, 2000.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE